# United States Court of Appeals
## For the First Circuit

Nos. 01-1176
     01-1332

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff, Appellant,

v.

SG LTD. ET AL.,

Defendants, Appellees.

ERRATA SHEET

The opinion of this Court issued on September 13, 2001 is corrected as follows:

On page 23, line 2, of the slip opinion, delete "and reliance."